358 A.2d 79
Moyer v. Luther et ux., Appellants.

Argued April 12, 1976.   Francis J. Leahey, Jr., for appellants; Donald J. Perry and R. Thomas Strayer, submitted a brief for appellee.

Order affirmed.

358 A.2d 73
National Builders and Acceptance Corporation,
Appellant, v. Hughes, et ux.

Argued April 19, 1976.   Allen S. Gordon, for appellant; James Victor Voss, with him G. W. Wilde, for appellees.

Order affirmed.

SPAETH, J., absent.